UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| DESMOND WITHERSPOON, | : |
| Plaintiff, | : **Civil Action No. 15-139 (SRC)** |
| v. | : |
| NEW JERSEY GAMING COMMISSION, | : **OPINION** |
| Defendant. | : |

**CHESLER**, District Judge

      This matter comes before the Court on the application filed by Plaintiff Desmond Witherspoon to proceed <u>in forma pauperis</u> without fees under 28 U.S.C. § 1915. The Court finds that Plaintiff qualifies for <u>in forma pauperis</u> status, yet his Complaint will be dismissed. The Court must examine Plaintiff's claim and dismiss it is frivolous or legally insufficient. 28 U.S.C. § 1915(e)(2). Here, Plaintiff demands remedies based on a cause of action of "Tolling: Limitations of Action." No further information is provided. As such, Plaintiff has failed to state a basis for federal subject matter jurisdiction, and he has failed to state a facially plausible claim for relief. For the reasons provided in the Opinion for Civil Action No. 14-6296, Plaintiff is on notice that he may be sanctioned if he continues to file unsubstantiated and repetitive lawsuits. An appropriate Order will be filed.

                                                             s/Stanley R. Chesler
                                                            STANLEY R. CHESLER
                                                            United States District Judge

Dated: January 30, 2015